```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

MUVOX LLC,

                              **Plaintiff,**

        - against -

**NETAKTION LLC,**

                              **Defendant.**

                                                  24-cv-9137 (JGK)

                                                  <u>ORDER</u>

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until **March 21, 2025.** If service is not made by March 21, 2025, the case will be dismissed without prejudice for failure to prosecute. The conference scheduled for March 24, 2025 at 12:00 p.m., is **canceled.**

SO ORDERED.
Dated:    New York, New York
           March 4, 2025

                                                   /s/ John G. Koeltl
                                                       John G. Koeltl
                                        **United States District Judge**