UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUVOX LLC,

        Plaintiff,

- against -

NETAKTION LLC,

        Defendant.

---

24-cv-9137 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **March 28, 2025**. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **April 11, 2025**. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           March 14, 2025

                                        John G. Koeltl
                              United States District Judge