```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

**MUVOX LLC,**

                        **Plaintiff,**

            **- against –**

**NETAKTION LLC,**

                        **Defendant.**

                                      24-cv-9137 (JGK)

                                      <u>ORDER</u>

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant has filed a motion to stay pending ex parte reexamination. ECF No. 19. The plaintiff should respond by **Tuesday, May 27, 2025.** The defendant may reply by **Friday, June 6, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **May 13, 2025**

                                                      /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                      **United States District Judge**