UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUVOX LLC,

                Plaintiff,              24-cv-9137 (JGK)

  - against -

                                        ORDER

NETAKTION LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for June 29, 2025, is **adjourned** to **Tuesday, July 1, 2025, at 2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

    The Clerk is requested to close ECF No. 27.

SO ORDERED.

Dated:  New York, New York
       June 5, 2025

                                                John G. Koeltl
                                     United States District Judge