UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUVOX LLC,

                Plaintiff,

    - against -

NETAKTION LLC,

                Defendant.

24-cv-9137 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The telephone conference scheduled for July 1, 2025, is canceled.

SO ORDERED.

Dated:    New York, New York
            June 27, 2025

                                        John G. Koeltl
                                  United States District Judge